**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANASTACIO ESCOBAR-ROBLEDO, | ) | CASE NO. 3:26-cv-00906 |
| | ) | |
| Petitioner, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. IMMIGRATION and CUSTOMS | ) | |
| ENFORCEMENT (ICE), | ) | **MEMORANDUM OPINION AND ORDER** |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

The present action was filed on April 16, 2026. (R. 1). The matter was referred to Magistrate Judge James E., Grimes, Jr. by the District Judge for general pretrial supervision to include a Report & Recommendation on any dispositive motions. (R. 3). On May 20, 2026, Respondent filed a motion to dismiss for lack of jurisdiction (R. 5), which motion was twice supplemented. (R. 6, 7). Petitioner did not oppose the motion. On June 9, 2026, the Magistrate Judge issued his Report and Recommendation recommending the matter be dismissed for lack of subject matter jurisdiction, finding that Petitioner has been released from government custody and deported from the United States, and has not alleged any collateral consequences from the deportation or that his case is capable of repetition yet will evade review. (R. 8). No objections have been filed to the Report and Recommendation within the time provided.

When a magistrate judge submits a Report and Recommendation, the Court is required to conduct a *de novo* review of those portions of the Report to which an objection has been made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). By failing to file *specific* objections to a report

and recommendation, a party forfeits any challenge to the report and recommendation and forfeits the "right to appeal the unobjected-to issues." *Shophar v. Gyllenborg*, 2019 WL 4843745, at *2 (6th Cir. Apr. 19, 2019) (citations omitted). "A general objection to the entirety of the magistrate's report has the same effects as would a failure to object." *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505, 509 (6th Cir. 1991); *accord Austin v. Comm'r of Soc. Sec.*, 2021 WL 1540389, at *4 (N.D. Ohio, Apr. 19, 2021) (finding that a general objection that merely restates an argument previously presented or simply voices a disagreement with a magistrate judge's suggested resolution "has the same effects as would a failure to object.") (citations omitted); *United States v. Dawson*, 2020 WL 109137, at *1 (N.D. Ohio, Jan. 9, 2020) ("the Court is under no obligation to review de novo objections that are merely an attempt to have the district court reexamine the same arguments set forth in the petition and briefs.")

The Court has carefully reviewed the Report and Recommendation, finds no error and agrees with the findings set forth therein. The Magistrate Judge's Report and Recommendation (R. 8) is hereby ADOPTED. The motion to dismiss (R. 5) is hereby GRANTED and the case DISMISSED.

IT IS SO ORDERED.

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge

Date: June 23, 2026

2